1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

10
11   UNITED STATES OF AMERICA,        )   Case No.: *ED 10-199-M*
                                      )
12                  Plaintiff,        )
                                      )
13             v.                     )   ORDER OF DETENTION
                                      )
14   *Joel Lopez-Perez,*              )
                                      )
                   Defendant.         )
15   _____)

16
17         On motion by the government for pre-trial detention, the Court finds that no
18   condition or combination of conditions will reasonably assure the appearance of
     defendant as required (or the safety of any person or the community).
19
20         The Court has considered the factors set forth in 18 U.S.C. § 3142(g)(1)-(4),
21   i.e., the nature and circumstances of the offense(s) charged; the weight of evidence
22   against the defendant; the history and characteristics of the defendant; and the
     nature and seriousness of the danger to any person or the community that would be
23   posed by the defendant's release.
24
25         The Court bases the foregoing findings on the defendant's non-objection to
26   pre-trial detention and the Pretrial Services Report/Recommendation. (The
     defendant also has not rebutted the presumption provided by statute).
27   ///
28

                                          1

1    IT IS THEREFORE ORDERED that defendant be detained without

2  prejudice prior to trial/revocation hearing.

3    IT IS FURTHER ORDERED that defendant be committed to the custody of

4  the Attorney General for confinement in a corrections facility separate, to the

5  extent practicable, from persons awaiting or serving sentences or being held in

6  custody pending appeal; that defendant be afforded reasonable opportunity for

7  private consultation with counsel; and that, on order of a Court of the United States

8  or on request of any attorney for the government, the person in charge of the

9  corrections facility in which defendant is confined deliver defendant to a United

10  States Marshal for the purpose of any appearance in connection with a Court

11  proceeding.  This order is made without prejudice to reconsideration.

12

13  Dated:  8/5/10

14  _____
    HONORABLE OSWALD PARADA
    United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28